UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Western Division

| | | |
|---|---|---|
| In Re: ) | BK No.: | 13-84144 |
| SANDRA E. RAMOS ) | | |
| ) | Chapter: | 13 |
| ) | Honorable Thomas M. Lynch | |
| Debtor(s) ) | | |

## ORDER OF DISMISSAL

THIS MATTER coming before the Court on the Motion to Dismiss filed 3/26/2014 by Lydia S. Meyer, the standing Trustee for the Northern District of Illinois, Western Division and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that this case be and the same is hereby dismissed.

Enter:

Honorable Thomas M. Lynch
United States Bankruptcy Judge

Dated:  April 04, 2014

**Prepared by:**

LYDIA S. MEYER, Trustee
PO Box 14127
Rockford, IL  61105-4127
Phone:  815-968-5354
Fax:  815-968-5368