Form ntcdsm

**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Western Division*
*327 South Church Street*
*Rockford, IL 61101*

---

Case No.: 13−84144
Chapter: 13
Judge: Thomas M. Lynch

In Re:
  Sandra Elizabeth Ramos
  aka Sandra Salazar
  908 Nancys Lane
  Belvidere, IL 61008

Social Security / Individual Taxpayer ID No.:
  xxx−xx−9589

Employer Tax ID / Other nos.:

---

**NOTICE OF DISMISSAL**

You are hereby notified that an Order Dismissing the above case was entered on April 4, 2014

FOR THE COURT

Dated: April 7, 2014

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court